Donald J. Longueuil, 64652-054
FCI Otisville Satellite Camp
P.O. Box 1000
Otisville, New York 10963

April 2, 2013

The Honorable Jed S. Rakoff
United States Courthouse
500 Pearl Street, Suite 1340
New York, New York 10007-1312

Dear Honorable Judge Rakoff,

On July 29, 2011, Your Honor sentenced me to 30 months of incarceration for securities fraud. When I am released from FCI Otisville Camp, I am relocating to the west coast of Florida, where my fiancée is already living with her parents. Without a doubt, the highlight upon arriving in Florida will be celebrating our wedding on January 25th, 2014 (I was arrested 19 days before our initial February 26th, 2011 wedding date). I will begin supervised release on December 14th, 2013, and, at the suggestion of the Florida Probation Office, **I am writing to request permission to take my wife on a honeymoon to the Seychelles and Tanzania from January 27th – February 18th, 2014**. We have spoken with the necessary consulates to confirm that travel is possible to all destinations on our itinerary. Please consider this request to travel and celebrate the start of our new life together.

From the time of my initial hearing in February 2011 until my October 2011 self-report date, Your Honor approved my requests to travel four times. During the initial hearing, and before we decided to postpone our wedding, Your Honor approved my travel to Florida for our late February wedding date. This event was subsequently postponed, so I did not travel at that time. Your Honor then allowed me to travel twice to Florida and once to Cape Cod with my fiancée. I have never missed a commitment, and I have always remained in constant contact and honored all government requests.

In addition, my personal history at FCI Otisville Camp has been exemplary. I have zero incident reports, and the administration requested I take the role of Town Driver after my 6-month anniversary. I am also a leader on the grounds crew and in the Christian community.

I am a changed person because of this experience, and I am eager to embark on my new life. Honorable Judge Rakoff, thank you for your time and consideration.

Best regards,

Donald Longueuil

The letter granting permission to travel should be sent to my permanent address:
1921 Monte Carlo Drive, #206, Sarasota, FL 34321

Approved.
SO ORDERED
USDJ  4-8-13