**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 24 2015

Caption:

United States   v.

Donald Longueuil

Docket No.: S1 11-cr-161 (JSR)

Jed S. Rakoff
(District Court Judge)

Notice is hereby given that **Defendant Donald Longueuil** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on **8/10/2011**.
(date)

This appeal concerns: Conviction only | __ Sentence only | ✓ | Conviction & Sentence | __ Other | __

Defendant found guilty by plea | ✓ | trial | | N/A |

Offense occurred after November 1, 1987? Yes | ✓ No [ ] N/A [ ]

Date of sentence: **7/29/2011**   N/A | __ |

Bail/Jail Disposition: Committed | __ Not committed | | N/A | ✓

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Evan T. Barr/ Sujata M. Jhaveri |
| Counsel's Address: | Fried, Frank, Harris, Shriver & Jacobson LLP |
| | 1 New York Plaza, New York, New York 10004 |
| Counsel's Phone: | (212) 859-8951/ (212) 859-8447 |
| Assistant U.S. Attorney: | Michael A. Levy/Richard Alan Cooper |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212 (637)-2346/ (212) 637-2243 |

_____
Signature